UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

-against-                                    **21-mj-02665**

BERNARD BROWN,
                          Defendant(s).
-------------------------------------------------------------------X

Defendant Dwayne Hicks  hereby voluntarily consents to participate in the following proceeding
via      ☒ videoconferencing or ☒ teleconferencing:

☒        Initial Appearance Before a Judicial Officer

☐        Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

☐        Guilty Plea/Change of Plea Hearing

☒        Bail/Detention Hearing

☐        Conference Before a Judicial Officer - Assignment of Counsel


  /s/ Bernard Brown                                _____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Bernard Brown                                     Jason Ser
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  3/10/21
Date                                          U.S. District Judge/U.S. Magistrate Judge